1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8       UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                —oOo—

10 JULIANA M. COMBS,                    CASE NO. 2:06-CV-02530-GGH

11              Plaintiff,              [proposed] ORDER EXTENDING
                                        PLAINTIFF'S TIME TO RESPOND TO
12 vs.                                  DEFENDANT'S ANSWER

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16      Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19      Plaintiff shall file her response on or before September 26, 2007.

20      SO ORDERED.

21
22 DATED: Sept. 19, 2007            /s/ GREGORY G. HOLLOWS
                                    GREGORY G. HOLLOWS
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
_____
                                       2
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER